FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LADARRELLE R. DIXON,<br><br>      Plaintiff,<br><br>  v.<br><br>ECONOMY INN, Cooperate [sic] Headquarters,<br><br>      Defendant. | No. 2:20-cv-00312-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

  Before the Court is Magistrate Judge Rodgers's November 6, 2020 Report and Recommendation, ECF No. 6, recommending that the Court dismiss this matter without prejudice. No objections have been filed.

  After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

  Accordingly, **IT IS HEREBY ORDERED**:

  1. The Report and Recommendation, **ECF No. 6**, is **ADOPTED** in its entirety.

  2. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE**.

ORDER ADOPTING REPORT AND RECOMMENDATION – 1

3. Plaintiff must provide **notice of the dismissal** to any and all Defendant(s) she served with a copy of the Complaint and Summons.

4. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff and Magistrate Judge Rodgers.

**DATED** this 23rd day of November 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION – 2